**No. 10-1511. Mark Norman Cleary, Petitioner v. Macomb County, Michigan, et al.**

565 U.S. 825, 132 S. Ct. 116, 181 L. Ed. 2d 40, 2011 U.S. LEXIS 5438.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 409 Fed. Appx. 890.